IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS ELADIO LLANOS LEON, | : |
| Petitioner | : |
| v. | : Case No. 3:25-cv-00337-KAP |
| LEONARD ODDO *et al.*, | : |
| Respondents | : |

### Rule and Order

    Petitioner, a detainee at the Moshannon Valley Processing Center, submitted a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241. The U.S. Attorney for the Western District of Pennsylvania filed a notice of appearance on behalf of the respondents at ECF no. 5. Counsel for petitioner filed an affidavit of service at ECF no. 7, which was re-docketed at ECF no. 8.

    Within sixty days of service, respondents, through the United States Attorney for the Western District of Pennsylvania, shall file a response to the allegations in the petition for the writ of habeas corpus, showing cause, if any, why the writ should not be granted.

DATE: October 20, 2025

                                                      Keith A. Pesto,
                                                      United States Magistrate Judge

Notice by ECF to counsel of record